**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 742 MAL 2019

         Respondent                 :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

            v.                       :

                                      :

KYLE DOLAN,                        :

                   :

         Petitioner                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.